

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00626-CR

**EX PARTE** Jesus Javier **BARRAZA-RODRIGUEZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10714CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting: Liza A. Rodriguez, Justice
    Lori I. Valenzuela, Justice
    Lori Massey Brissette, Justice

Delivered and Filed: December 11, 2024

DISMISSED

Appellant, Jesus Javier Barraza-Rodriguez, has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion, which is signed by Barraza-Rodriguez and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM